

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 20, 2022

VIA ECF
Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

*Handwritten annotation:* Time to respond extended to June 21, 2022. Initial conference adjourned from May 13 to July 7, 2022 at 11 a.m. SO ORDERED /s/ [signature] USDJ 4-20-22

Re:   *Xiang Mei Lin v. Cardinale*, No. 22 Civ. 1361 (PKC)

Dear Judge Castel:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate two Applications to Register Permanent Residence or Adjust Status (Form I-485) and one Refugee / Asylee Relative Petition (Form I-730). On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from April 22, 2022, to June 21, 2022). I also respectfully request an adjournment of the initial conference presently scheduled for May 13, 2022, to the week of June 27 or thereafter.

I respectfully request this extension because USCIS is in the process of transferring the file relating to the Form I-730 to the appropriate office for consideration of this matter and needs additional time to review the file and determine next steps.[1] This is the government's first request for an extension of the deadline to respond to the complaint and adjournment of the initial conference. Plaintiff consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *s/ Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendant*

cc:   Counsel of record (via ECF)

---

[1] USCIS approved both Forms I-485 on March 30, 2022.